UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID PAUL RIVERA COLLETTE                                              PLAINTIFF

v.                                    No. 5:22-cv-5216

LIEUTENANT DEREK STAMPS, NURSE
TRACEY ROBISON, CORPORAL JOSEPH
GULLEY, OFFICER OMRI NUTT, and JAIL
ADMINISTRATOR MEGAN RUTLEDGE                                            DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 6) from United States Magistrate Judge Christy D. Comstock.  Plaintiff filed objections (Doc. 9).  Following preservice screening under 28 U.S.C. § 1915A, the Magistrate Judge recommends that Plaintiff's claims against Lieutenant Stamps and Administrator Rutledge, as well as his conditions-of-confinement claim, be dismissed for failure to state a claim on which relief can be granted.  The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected.  28 U.S.C. § 636(b)(1)(C).  Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error.  The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims against Lieutenant Stamps and Administrator Rutledge, as well as his conditions-of-confinement claim, are DISMISSED WITHOUT PREJUDICE.  Plaintiff's claims against the other defendants remain for trial.

IT IS SO ORDERED this 16th day of December, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE