UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID PAUL RIVERA COLLETTE                                                                                    PLAINTIFF

v.                                                   No. 5:22-cv-05216

Lead Nurse TRACEY ROBINSON; Corporal
JOSEPH GULLEY; Officer OMRI NUTT                                                                           DEFENDANTS

## OPINION AND ORDER

The Court has received a report and recommendation (Doc. 34) from United States Magistrate Judge Christy Comstock regarding Defendants Joseph Gulley and Omri Nutt's motion (Doc. 27) to stay the case. The Magistrate Judge recommends that the claims against Gulley and Nutt, as well as the related claims against Robinson, be stayed for the duration of Nutt's upcoming military deployment, but that certain claims brought solely against Robinson be allowed to proceed. Robinson has filed an objection (Doc. 41), arguing that all claims against all defendants should proceed simultaneously because they are related. The Court has conducted a de novo review of those portions of the report and recommendation to which Robinson has objected. 28 U.S.C. § 636(b)(1)(C). Robinson's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is therefore ADOPTED IN ITS ENTIRETY, except that the Court will require Nutt to inform the court through counsel when his deployment ends.

IT IS THEREFORE ORDERED that the Motion to Stay (Doc. 27) is GRANTED IN PART AND DENIED IN PART. All claims against Defendants Nutt and Gulley, and all claims against Defendant Robinson arising during Plaintiff's detention in October of 2021, are hereby stayed. The claims against Defendant Robinson which arise from Plaintiff's detention in December of 2022 may proceed.

1

IT IS FURTHER ORDERED that Defendant Nutt, through counsel, update the Court no less frequently than every 120 days as to the status of his deployment and inform the Court no later than 14 days after his deployment has ended.

IT IS FURTHER ORDERED that the stay will be lifted no later than 60 days after the end of Defendant Nutt's deployment.

IT IS SO ORDERED this 28th day of April, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE