UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID PAUL RIVERA COLLETTE                                                          PLAINTIFF

v.                             No. 5:22-cv-5216

LPN TRACEY ROBISON; CORPORAL
JOSEPH GULLEY, BCDC; and OFFICER
OMRI NUTT, BCDC                                                                    DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 70) from United States Magistrate Judge Christy Comstock. The Magistrate Judge recommends that the Court dismiss this case without prejudice for failure to prosecute and failure to comply with court orders, because Plaintiff failed to update the court with his current address within thirty days of such a change, failed to respond to a motion for summary judgment, and then failed to respond to a show cause order. The deadline to object to the Magistrate Judge's report and recommendation has passed, with no objections having been filed. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 29th day of May, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE